**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 14, 2024

**<u>VIA ECF</u>**
Hon. James M. Wicks, U.S.M.J.
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

> *Re:* **Dubon v. Empire Blue Cross Blue Sheild**
> **Case No.: 2:23-cv-08573 (JMW)**

Dear Judge Wicks:

      This firm represents the Plaintiff in the above-referenced case. Earlier this week I was informed that a new attorney has been retained and will be substituting in for my firm in this matter. Plaintiff respectfully seeks a thirty (30) day extension of time from today's deadline to respond to Defendant's outstanding document demands and interrogatories given this development. Defendant's counsel, Alvin Lin, does not consent to this request.

                                          Respectfully submitted,

                                          /s/ <u>Jamie S. Felsen</u>