UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE     DATE:  03/20/2024
                                                  TIME:  9:30 AM
                                                  ☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE:  2:23-cv-08573-JMA-JMW-Dubon v. Empire Blue Cross Blue Shield**

APPEARANCES:

    For Plaintiff:    Jamie Scott Felsen, Dimitri Teresh

    For Defendant:    Alvin C. Lin

Court Reporter/FTR:    9:36-9:41 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Conference held.

☒ The parties advised the Court of the status of this case.

☒ The Court directed Plaintiff to file a Motion to Substitute Counsel by **March 21, 2024**.

☒ Counsel for Plaintiff is directed to respond to the outstanding discovery items on or before **April 12, 2024**.  All other dates and deadlines remain in place, including the Status Conference scheduled for April 29, 2024 at 11:00 AM via the Court's Video Zoom.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

    SO ORDERED
    /s/*James M. Wicks*
    JAMES M. WICKS
    United States Magistrate Judge