Dimitri Teresh, Esq.
**The Killian Firm, P.C.**
Tindall Executive Suites
107 Tindall Road
Middletown, New Jersey 07748
dteresh@tkfpc.com
732-912-2100
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA DUBON<br><br>*Plaintiff,*<br><br>v.<br><br>EMPIRE BLUE CROSS BLUE SHIELD,<br><br>*Defendant.* | Civil Action No.:<br>2:23-cv-08573-JMW<br><br><br>**SUBSTITUTION OF COUNSEL** |

      **PLEASE TAKE NOTICE** that **THE KILLIAN FIRM, P.C.** shall be substituted for Millman Labuda Law Group, PLLC as counsel of record for plaintiff, Maria Dubon in this action.  All future pleadings and other papers should be served upon The Killian Firm, P.C. at the address above, in addition to all other counsel.

Withdrawing Attorneys:                           Substituting Counsel:
**Millman Labuda Law Group PLLC**        **The Killian Firm, P.C.**


By:_____           By:__/s/ Dimitri Teresh_____
    JAMIE S. FELSEN, ESQ.                      DIMITRI TERESH, ESQ.

Dated: March 15, 2024