UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
MARIA DUBON,

                        **Plaintiff,**

    -against-

EMPIRE BLUE CROSS BLUE SHIELD,

                        **Defendant.**
-------------------------------------------------------------------------x

Civil Case No. 23-08573 (JMW)

**DECLARATION OF JAMIE S. FELSEN, ESQ.**

       JAMIE S. FELSEN, ESQ., pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.10 of the United States District Court for the Eastern District of New York, declares as follows:

       1.    Your deponent is an attorney and counselor at law duly admitted to practice before the courts of the State of New York and before this Honorable Court. Further, your deponent is a member of Milman Labuda Law Group, PLLC ("MLLG"). In that capacity, your deponent is fully and personally familiar with all the facts and circumstances set forth herein except for those items stated to be alleged upon information and belief.

       2.    This declaration is respectfully submitted in support of MLLG's Motion to Withdraw as Counsel to Plaintiff, Maria Dubon.

       3.    Dimitri Teresh, Esq. has been retained to replace MLLG as counsel in this case. See ECF Doc. No. 16.

       4.    Accordingly, I respectfully request that MLLG be relieved as counsel to Plaintiff.

Dated: March 22, 2024

Lake Success, New York

/s/ Jamie S. Felsen, Esq.

2